UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENDRIK BLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>VENEDICTO HERNANDEZ MADRIGAL, et al.,<br><br>        Defendants. | Case No. 21-cv-00132-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff Hendrik Block filed this action on January 7, 2021. The Court previously continued the service of process deadline for the Diaz defendants five times. Dkt. Nos. 10, 15, 17, 19, 27. On November 4, 2021, the Court granted Mr. Block's motion for leave to serve the Diaz defendants by publication, extending the service of process deadline to December 20, 2021. Dkt. No. 27. On December 23, 2021, the Court denied Mr. Block's request for a further extension of the service deadline for lack of good cause. Dkt. No. 30.

By **January 24, 2022**, Mr. Block shall file a response to this order, showing cause why this action should not be dismissed for failure to prosecute. Mr. Block's failure to respond to this order will result in a recommendation for dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Dated: January 10, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge